IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: Nelson Lavon Kirby                                     Case 20-31006-KRH
                                                              Chapter 13

TRUSTEE'S NOTICE THAT MEETING OF CREDITORS
WILL BE CONDUCTED TELEPHONICALLY

NOTICE IS HEREBY GIVEN that the Section 341 Meetings of Creditors originally scheduled as in person meetings in the cases on the attached list will be conducted telephonically.  The Debtor(s), Counsel for Debtor(s) (if any), Creditors and Parties in Interest, please take note of the important information below for the case(s) applicable to you and mark your calendars accordingly.

Date and Time of Section 341 Meeting of Creditors:
Date: **[April 30, 2020]**
Time: **[9:00 AM]**
Location: **Attend by Telephone Conference. 877-996-8484. Participant Code 2385911**

**NOTICE is further given that the failure of a Debtor(s) to appear at the Debtor(s)' meeting of creditors may result in the dismissal of the Debtor(s)' case.**

Dated: 04/20/2020

/s/ Suzanne E. Wade
Suzanne E. Wade
Chapter 13 Trustee
7202 Glen Forest Dr., Suite 202
Richmond VA 23226
(804) 775-0979
VSB #31868